Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone:  (702) 445-7000
Fax:  (702) 385-7743
Email:  ron@reynoldslawyers.com
mac@reynoldslawyers.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | Case No.:  2:12-cv-01483-RCJ-GWF |
| Plaintiff, | |
| vs. | **DEFAULT JUDGMENT AGAINST DEFENDANTS** |
| LUIS MIGUEL GUZMAN AND SULEMA CABRAL GUZMAN, INDIVIDUALLY AND DBA MARISCOS EL MARIACHI, | |
| Defendant. | |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure Plaintiff moves this Honorable Court has granted Plaintiff's Motion for Default Judgment, and

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Honorable Court entered its Decision granting Default Judgment in a Civil Case On April 18, 2013.  Based upon the Complaint herein, and good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants be held liable to Plaintiff for damages as follows:

///

///

///

///

1

| | | |
|---|---|---|
| a. For the Violation of Title 47 U.S.C. § 605(e)(3)(c)(i)(II): | $ | 10,000 |
| b. For the Violation of Title 47 U.S.C. § 605(e)(3)(c)(ii): | $ | 5,000 |
| c. For the Tort of Conversion: | $ | 2,200 |
| d. For Attorney's fees (7 hrs. @ $300.00 per hour) | $ | 2,100 |
| | Total: $ | 19,300 |

**It is so ordered**:

DATED July 17, 2013.

_____
**Honorable Robert C. Jones**
**United States District Court Chief Judge**

**Submitted by:**

**REYNOLDS & ASSOCIATES**
RONALD H. REYNOLDS, ESQ.
State Bar No. 827
MATTHEW M. REYNOLDS, ESQ.
State Bar No. 12268

BY: /s/ MATTHEW M. REYNOLDS
Matthew M. Reynolds, Esq.
823 Las Vegas Boulevard South, #280
Las Vegas, Nevada 89101
Attorneys for Plaintiff

2